**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2017**

ROBERT NEVILLE, MD,

Plaintiff - Appellant,

v.

ELIZABETH C. MCCAGHREN,

Defendant - Appellee.

**No. 20-2020**

ROBERT NEVILLE, MD,

Plaintiff - Appellant,

v.

BETSY MCCAGHREN,

Defendant - Appellee.

Appeals from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:20-cv-00020-MR-WCM; 1:20-cv-00065-MR-WCM)

Submitted:  December 22, 2020                    Decided:  December 28, 2020

Before NIEMEYER, FLOYD, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Neville, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Robert Neville appeals the district court's order denying Neville's motion for recusal. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Neville's informal brief does not challenge the basis for the district court's disposition of the motion for recusal, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
